1  R. JASON READ, State Bar No. 117561
2  JUNE T. MONROE, State Bar No. 284763
   RYNN & JANOWSKY, LLP
3  4100 Newport Place Drive, Suite 700
4  Newport Beach, CA 92660-2423
   Telephone: (949) 752-2911
5  Facsimile: (949) 752-0953

6
   Attorneys for Plaintiff
7  VAL-PRO, INC. d/b/a VALLEY FRUIT
8  & PRODUCE CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| VAL-PRO, INC. d/b/a VALLEY FRUIT & PRODUCE CO., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAILY FRESH PRODUCE, business form unknown; PEDRO RAMIREZ, an individual;<br><br>Defendants. | CASE NO.  CV-03-3598 DDP (CWx)<br><br>RENEWAL OF<br><br>**JUDGMENT BY CLERK** |
|---|---|

Having read and considered Plaintiff's application for and renewal of judgment, affidavit of June Monroe in support thereof, and good cause appearing therefor,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiff VAL-PRO, INC. d/b/a VALLEY FRUIT & PRODUCE CO. and against Defendants DAILY FRESH PRODUCE, business form unknown and PEDRO RAMIREZ, jointly and severally, in the following amounts:

| | | |
|---|---|---:|
| a. Total judgment | | $21,565.52 |
| Principal | $15,500.83 | |
| Attorneys Fees | $2,579.75 | |
| Interest | $3,484.94 | |
| b. Costs after judgment | | $170.50 |
| c. Subtotal | | $21,736.02 |
| d. Credits after judgment | | -0- |
| e. Subtotal | | $21,736.02 |
| f. Interest after judgment at 10% (from 10-8-03 to 9-11-13) | | $15,398.91 |
| g. Fee for filing renewal application | | -0- |
| h. TOTAL RENEWED JUDGMENT | | $37,134.93 |

Plaintiff shall continue to recover post-judgment interest at 10% per annum on the unpaid balance until fully paid.

DATED: 9/12/13             By:  *L. Chai*       Deputy
                                CLERK, U.S. DISTRICT COURT