R. JASON READ, State Bar No. 117561
JUNE T. MONROE, State Bar No. 284763
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953

Attorneys for Plaintiff
VAL-PRO, INC. d/b/a VALLEY FRUIT
& PRODUCE CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| VAL-PRO, INC. d/b/a VALLEY FRUIT & PRODUCE CO., a corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAILY FRESH PRODUCE, business form unknown; PEDRO RAMIREZ, an individual;<br><br>　　　　　　Defendants. | CASE NO.  CV-03-3598 DDP (CWx)<br><br>RENEWAL OF<br>**JUDGMENT BY CLERK** |
|---|---|

　　　　Having read and considered Plaintiff's application for and renewal of judgment, affidavit of June Monroe in support thereof, and good cause appearing therefor,

　　　　RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiff VAL-PRO, INC. d/b/a VALLEY FRUIT & PRODUCE CO. and against Defendants DAILY FRESH PRODUCE, business form unknown and PEDRO RAMIREZ, jointly and severally, in the following amounts:

Renewal of Judgment　　　　　　　　　　　　1

| | | |
|---|---|---:|
| a. Total judgment | | $21,565.52 |
| Principal | $15,500.83 | |
| Attorneys Fees | $2,579.75 | |
| Interest | $3,484.94 | |
| b. Costs after judgment | | $170.50 |
| c. Subtotal | | $21,736.02 |
| d. Credits after judgment | | -0- |
| e. Subtotal | | $21,736.02 |
| f. Interest after judgment at 10% (from 10-8-03 to 9-11-13) | | $15,398.91 |
| g. Fee for filing renewal application | | -0- |
| h. TOTAL RENEWED JUDGMENT | | $37,134.93 |

Plaintiff shall continue to recover post-judgment interest at 10% per annum on the unpaid balance until fully paid.

DATED: __9/12/13__                    By: __L. Chai_____Deputy__
                                          CLERK, U.S. DISTRICT COURT